Same case below, 592 F.3d 954.

Same case below, 606 F.3d 1249.

**No. 09-1313. Haidar Muhsin Saleh, et al., Petitioners v. Titan Corporation, et al.**

564 U.S. 1037, 131 S. Ct. 3055, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4854.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 388 U.S. App. D.C. 114, 580 F.3d 1.

**No. 10-330. Edmund G. Brown, Jr., Governor of California, et al., Petitioners v. Rincon Band of Luiseno Mission Indians of the Rincon Reservation, aka Rincon San Luiseno Band of Mission Indians, aka Rincon Band of Luiseno Indians.**

564 U.S. 1037, 131 S. Ct. 3055, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4917.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 602 F.3d 1019.

**No. 10-374. Lisa M. Zuress, Petitioner v. Michael B. Donley, Secretary of the Air Force.**

564 U.S. 1037, 131 S. Ct. 3056, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4963.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-638. Nancy J. Wetherill, Petitioner v. John McHugh, Secretary of the Army, et al.**

564 U.S. 1037, 131 S. Ct. 3057, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4812.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 616 F.3d 789.

**No. 10-735. Philip Morris USA Inc., et al., Petitioners v. Deania M. Jackson, Individually and on Behalf of All Others Similarly Situated.**

564 U.S. 1037, 131 S. Ct. 3057, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4834.

June 27, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 36 So. 3d 1046.

**No. 10-786. Kingdom of Spain, et al., Petitioners v. Estate of Claude Cassirer.**

564 U.S. 1037, 131 S. Ct. 3057, 180 L. Ed. 2d 886, 2011 U.S. LEXIS 4928.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 616 F.3d 1019.